IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | | |
|---|---|---|---|
| CITY OF INDEPENDENCE, MISSOURI, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 4:02-00107-CV-W-DW |
| | ) | | |
| AIR-WORLD ENVIRONMENTAL, INC., | ) | | |
| | ) | | |
| Defendant. | ) | | |

ORDER

Pending before the Court is Parties' Stipulation of Dismissal Without Prejudice (Doc. 51).

The parties move the court to dismiss this case without prejudice. Per the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITHOUT PREJUDICE. Fed. R. Civ. P. 41. The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: November 22, 2005